## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge Jack B. Schmetterer | Hearing Date | December 21, 2016 |
| Bankruptcy Case No. | 16 B 28538 | Adversary No. | |
| Title of Case | In re: Agwu O.A. Mong | | |

**Brief Statement of Motion**    ORDER OF COURT

**Names and Addresses of moving counsel**

**Representing**

### ORDER CANCELLING TRIAL SCHEDULED FOR 12/27 & 12/28

IT IS HEREBY ORDERED:

Trial scheduled to begin on December 27, 2016 at 1:30 PM in courtroom 682 pursuant to Final Pretrial Order dated December 6, 2016 (Dkt. #33) is CANCELLED, an agreed order having been entered which resolves the matter.

Enter:

Jack B. Schmetterer